United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 26-12374-pmm

Orlando A. Perez-Fernandez                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 29, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Orlando A. Perez-Fernandez, 428 Oakwood Dr, Whitehall, PA 18052-7218 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MARK A. CRONIN | on behalf of Creditor Citibank  N.A., as trustee for CMLTI Asset Trust philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor Orlando A. Perez-Fernandez help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Orlando A. Perez-Fernandez,   :   Chapter 13
                                     :
                    Debtor.   :   Bky. No.  26-12374 (PMM)

**O R D E R**

**AND NOW,** upon consideration of the Debtor's Motion for an Additional Extension of

Time (Doc. no. 14, "the Motion"), it is hereby **ORDERED** that:

I.      Subject to Paragraphs 3-4 below, the Motion is **GRANTED** and the deadline for filing

the statements, schedules and other documents required by the rules of court is **EXTENDED**

to **July 9, 2026.**

II.     **NO FURTHER EXTENSIONS WILL BE GRANTED.  If the required schedules,**

**statements and other documents are not timely filed, this case may be DISMISSED**

**without further notice or hearing.**

III.    This extension of time is **CONDITIONED** on the **WAIVER** of the Debtor's right to

object to a proof of claim on the ground that it was filed after the deadline set by Fed. R.

Bankr. P.  3002(c), **PROVIDED** that the proof of claim is filed  **on or before September 9,**

**2026**.

IV.     Within three (3) business days of the docketing and service of the notice of meeting of

creditors, **DEBTOR'S COUNSEL SHALL SERVE THIS ORDER** on all creditors and

parties in interest and shall promptly thereafter file a certification of service.

Date:  6/29/26

_____
**Hon. Patricia M. Mayer**
**U.S. Bankruptcy Judge**