# VM Comsource Corporation

**Orlando Perez Fernandez**

**Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | ▉ | Fed Taxable Income | 447.55 | |
| Location | 200-2 | Fed Filing Status | S | |
| Hourly | $7.50 | State Filing Status | S-0 | |

| | |
|---|---|
| Check Date | April 3, 2026 |
| Period Beginning | March 16, 2026 |
| Period Ending | March 22, 2026 |

| | |
|---|---|
| Check Number | 204000 |
| Net Pay | 662.14 |
| Check Amount | 662.14 |
| Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Commissio | | 0.00 | 493.70 | 4,507.87 |
| Premium O | | | | 154.94 |
| Regular | 7.50 | 40.00 | 300.00 | 3,135.00 |
| Gross Earnings | | 40.00 | 793.70 | 7,797.81 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 13.79 | 82.52 |
| MED | 6.49 | 68.39 |
| PA | 13.74 | 144.83 |
| PASUI-E | 0.56 | 5.47 |
| SS | 27.75 | 292.46 |
| Taxes | 62.33 | 593.67 |

| Deductions | Amount | YTD |
|---|---|---|
| Health Cues Claim | -276.92 | -2,498.06 |
| Health Cues prem | 346.15 | 3,080.74 |
| Deductions | 69.23 | 582.68 |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| No Direct Deposits | | |

| Time Off | Available to Use | Available |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

VM Comsource Corporation | 610 Front St  Catasaqua, PA 18032 | (610) 443-3000 | FEIN: 23-3058302 | PA: 39-36594

THE FACE OF THIS CHECK HAS A COLORED BACKGROUND ON WHITE PAPER, THE BACK A UNIQUE CHECK IDENTITY BAR CODE AND A WATERMARK - HOLD AT AN ANGLE TO VIEW.

Community Bank N.A.
CANTON, NY 13617-0000

 paylocity

610 Front St
Catasaqua, PA 18032

**Check Date**
April 10, 2026

**Check Number**
204035

**Payroll Check**

Pay this amount: Six hundred ninety-nine dollars and fifty-four cents ********************

$ ** 699.54

To the order of
197425   200-2   105 204035 4231

197425

Orlando Perez Fernandez
428 Oakwood Dr.
Whitehall, PA  18052

Authorized Signature

MP

⑈0000 204035⑈ ⑆021307559⑆ 318 10 30066⑈

---

## VM Comsource Corporation

### Orlando Perez Fernandez

| | | Earnings Statement |
|---|---|---|

| | | | | |
|---|---|---|---|---|
| Employee ID | | Fed Taxable Income | 494.75 | Check Date April 10, 2026 |
| Location | 200-2 | Fed Filing Status | S | Period Beginning March 23, 2026 |
| Hourly | $7.50 | State Filing Status | S-0 | Period Ending March 29, 2026 |

| | |
|---|---|
| Check Number | 204035 |
| Net Pay | 699.54 |
| Check Amount | 699.54 |
| Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Commissio | | 0.00 | 540.90 | 5,048.77 |
| Premium O | | | | 154.94 |
| Regular | 7.50 | 40.00 | 300.00 | 3,435.00 |
| Gross Earnings | | 40.00 | 840.90 | 8,638.71 |

| Deductions | Amount | YTD |
|---|---|---|
| Health Cues Claim | -276.92 | -2,774.98 |
| Health Cues prem | 346.15 | 3,426.89 |
| Deductions | 69.23 | 651.91 |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| No Direct Deposits | | |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 18.51 | 101.03 |
| MED | 7.17 | 75.56 |
| PA | 15.19 | 160.02 |
| PASUI-E | 0.59 | 6.06 |
| SS | 30.67 | 323.13 |
| Taxes | 72.13 | 665.80 |

| Time Off | Available to Use | Available |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

## VM Comsource Corporation

**Earnings Statement**

**Orlando Perez Fernandez**

| | | | |
|---|---|---|---|
| Employee ID | | Fed Taxable Income | 254.22 |
| Location | 200-2 | Fed Filing Status | S |
| Hourly | $7.50 | State Filing Status | S-0 |

| | |
|---|---|
| Check Date | April 17, 2026 |
| Period Beginning | March 30, 2026 |
| Period Ending | April 5, 2026 |

| | |
|---|---|
| Check Number | 204071 |
| Net Pay | 370.90 |
| Check Amount | 370.90 |
| Total Hours Worked | 24.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Commissio | | 0.00 | 247.30 | 5,296.07 |
| Premium O | | | | 154.94 |
| Regular | 7.50 | 24.00 | 180.00 | 3,615.00 |
| Gross Earnings | | 24.00 | 427.30 | 9,066.01 |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 0.00 | 101.03 |
| MED | | 3.69 | 79.25 |
| PA | | 7.80 | 167.82 |
| PASUI-E | | 0.30 | 6.36 |
| SS | | 15.76 | 338.89 |
| Taxes | | 27.55 | 693.35 |

| Deductions | Amount | YTD |
|---|---|---|
| Health Cues Claim | -144.23 | -2,919.23 |
| Health Cues prem | 173.08 | 3,599.97 |
| Deductions | 28.85 | 680.76 |

| Direct Deposits | | |
|---|---|---|
| | Type Account | Amount |
| No Direct Deposits | | |

| Time Off | Available to Use | Available |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

VM Comsource Corporation | 610 Front St. Catasaqua, PA 18032 | (610) 443-3000 | FEIN: 23-3058302 | PA: 39-36594

# VM Comsource Corporation

**Orlando Perez Fernandez**

| | | | |
|---|---|---|---|
| Employee ID | | | |
| Location | 200-2 | Fed Taxable Income | 277.18 |
| Hourly | $7.50 | Fed Filing Status | S |
| | | State Filing Status | S-0 |

| | |
|---|---|
| Check Date | April 24, 2026 |
| Period Beginning | April 6, 2026 |
| Period Ending | April 12, 2026 |

**Earnings**

| | |
|---|---|
| Check Number | 2041106 |
| Net Pay | 477.84 |
| Check Amount | 477.84 |
| Total Hours Worked | 30.00 |

| Earnings | Rate | Hours | Amount | | YTD |
|---|---|---|---|---|---|
| Commissio | | 0.00 | 329.10 | | 5,625.17 |
| Premium O | | | | | 154.94 |
| Regular | 7.50 | 30.00 | 225.00 | | 3,840.00 |
| Gross Earnings | | 30.00 | 554.10 | | 9,620.11 |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 0.00 | 101.03 |
| MED | | | 4.02 | 83.27 |
| PA | | | 8.51 | 176.33 |
| PASUI-E | | | 0.39 | 6.75 |
| SS | | | 17.19 | 356.08 |
| Taxes | | | 30.11 | 723.46 |

| Deductions | Amount | YTD |
|---|---|---|
| Health Cues Claim | -230.77 | -3,149.98 |
| Health Cues prem | 276.92 | 3,876.89 |
| Deductions | 46.15 | 726.91 |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| No Direct Deposits | | |

| Time Off | Available to Use | Available |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

VM Comsource Corporation | 610 Front St Catasaqua, PA 18032 | (610) 443-3000 | FEIN: 23-3058302 | PA: 39-36594

THE FACE OF THIS CHECK HAS A COLORED BACKGROUND ON WHITE PAPER. THE BACK A UNIQUE CHECK IDENTITY BAR CODE AND A WATERMARK - HOLD AT AN ANGLE TO VIEW.

Community Bank N.A.
CANTON, NY 13617-0000

○ paylocity

610 Front St
Catasaqua, PA 18032

**Check Date**
May 1, 2026

**Check Number**
204142

Pay this  Seven hundred eight dollars and seventy-three cents ****************...
amount

Payroll Check

$ ** 708.73

To the   197425   200-2   105 204142 4338
order of  **Orlando Perez Fernandez**
428 Oakwood Dr.
Whitehall, PA  18052

197425

Authorized Signature

MP

⑈0000 204142⑈ ⑆021307559⑆ 318 10 30066⑈

## VM Comsource Corporation

**Orlando Perez Fernandez**

**Earnings Statement**

| | | | |
|---|---|---|---|
| Employee ID | ▮ | Fed Taxable Income | 506.35 |
| Location | 200-2 | Fed Filing Status | S |
| Hourly | $7.50 | State Filing Status | S-0 |

| | |
|---|---|
| Check Date | May 1, 2026 |
| Period Beginning | April 13, 2026 |
| Period Ending | April 19, 2026 |

| | |
|---|---|
| Check Number | 204142 |
| Net Pay | 708.73 |
| Check Amount | 708.73 |
| Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Commissio | | 0.00 | 552.50 | 6,177.67 |
| Premium O | | | | 154.94 |
| Regular | 7.50 | 40.00 | 300.00 | 4,140.00 |
| Gross Earnings | | 40.00 | 852.50 | 10,472.61 |

| Taxes | | Amount | YTD |
|---|---|---|---|
| FITW | | 19.67 | 120.70 |
| MHD | | 7.34 | 90.61 |
| PA | | 15.54 | 191.87 |
| PASUI-E | | 0.60 | 7.35 |
| SS | | 31.39 | 387.47 |
| Taxes | | 74.54 | 798.00 |

| Deductions | Amount | YTD |
|---|---|---|
| Health Cues Claim | -276.92 | -3,426.90 |
| Health Cues prem | 346.15 | 4,223.04 |
| Deductions | 69.23 | 796.14 |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| No Direct Deposits | | |

| Time Off | Available to Use | Available |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

## VM Comsource Corporation

**Orlando Perez Fernandez**

**Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | ▮ | Fed Taxable Income | 449.75 | Check Date | May 8, 2026 | Check Number | 204178 |
| Location | 200-2 | Fed Filing Status | S | Period Beginning | April 20, 2026 | Net Pay | 663.89 |
| Hourly | $7.50 | State Filing Status | S-0 | Period Ending | April 26, 2026 | Check Amount | 663.89 |
| | | | | | | Total Hours Worked | 38.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Commissio | | 0.00 | 510.90 | 6,688.57 |
| Premium O | | | | 154.94 |
| Regular | 7.50 | 38.00 | 285.00 | 4,425.00 |
| **Gross Earnings** | | **38.00** | **795.90** | **11,268.51** |

| Deductions | Amount | YTD |
|---|---|---|
| Health Cues Claim | -276.92 | -3,703.82 |
| Health Cues prem | 346.15 | 4,569.19 |
| Deductions | 69.23 | 865.37 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 14.01 | 134.71 |
| MED | 6.52 | 97.13 |
| PA | 13.81 | 205.68 |
| PASUI-E | 0.56 | 7.91 |
| SS | 27.88 | 415.35 |
| **Taxes** | **62.78** | **860.78** |

**Direct Deposits** — Type Account — Amount

No Direct Deposits

| Time Off | Available to Use | Available |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

VM Comsource Corporation | 610 Front St  Catasaqua, PA 18032 | (610) 443-3000 | FEIN: 23-3058302 | PA: 39-36594

# VM Comsource Corporation

**Orlando Perez Fernandez**

Earnings Statement

| | | | |
|---|---|---|---|
| Employee ID | | Fed Taxable Income | 550.56 |
| Location | 200-2 | Fed Filing Status | S |
| Hourly | $7.50 | State Filing Status | S-0 |

| | |
|---|---|
| Check Date | May 15, 2026 |
| Period Beginning | April 27, 2026 |
| Period Ending | May 3, 2026 |

| | |
|---|---|
| Check Number | 204215 |
| Net Pay | 743.70 |
| Check Amount | 743.70 |
| Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Commissio | | 0.00 | 527.71 | 7,216.28 |
| Premium O | 17.25 | 4.00 | 69.00 | 223.94 |
| Regular | 7.50 | 40.00 | 300.00 | 4,725.00 |
| Gross Earnings | | 44.00 | 896.71 | 12,165.22 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 24.14 | 158.85 |
| MED | 7.98 | 105.11 |
| PA | 16.90 | 222.58 |
| PASUI-E | 0.63 | 8.54 |
| SS | 34.13 | 449.48 |
| Taxes | 83.78 | 944.56 |

| Deductions | Amount | YTD |
|---|---|---|
| Health Cues Claim | -276.92 | -3,980.74 |
| Health Cues prem | 346.15 | 4,915.34 |
| | 69.23 | 934.60 |

| Deductions | Type Account | Amount |
|---|---|---|
| Direct Deposits | | |

No Direct Deposits

| Time Off | Available to Use | Available |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

VM Comsource Corporation | 610 Front St Catasaqua, PA 18032 | (610) 443-3000 | FEIN: 23-3058302 | PA: 39-36594

# VM Comsource Corporation

## Earnings Statement

**Orlando Perez Fernandez**

| | | |
|---|---|---|
| Employee ID | ■ Fed Taxable Income | 331.05 |
| Location | 200-2 Fed Filing Status | S |
| Hourly | $7.50 State Filing Status | S 0 |

| | |
|---|---|
| Check Date | May 22, 2026 |
| Period Beginning | May 4, 2026 |
| Period Ending | May 10, 2026 |

| | |
|---|---|
| Check Number | 204252 |
| Net Pay | 569.87 |
| Check Amount | 569.87 |
| Total Hours Worked | 32.00 |

### Earnings

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Commissio | | 0.00 | 437.20 | 7,653.48 |
| Premium O | | | | 223.94 |
| Regular | 7.50 | 32.00 | 240.00 | 4,965.00 |
| **Gross Earnings** | | 32.00 | 677.20 | 12,842.42 |

### Taxes

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 2.14 | 160.99 |
| MED | 4.80 | 109.91 |
| PA | 10.16 | 232.74 |
| PASUI-E | 0.47 | 9.01 |
| SS | 20.53 | 470.01 |
| **Taxes** | 38.10 | 982.66 |

### Deductions

| Deductions | Amount | YTD |
|---|---|---|
| | -276.92 | -4,257.66 |
| Health Cues Claim | 346.15 | 5,261.49 |
| Health Cues prem | 69.23 | 1,003.83 |
| **Deductions** | | |

### Direct Deposits

| Type Account | Amount |
|---|---|
| No Direct Deposits | |

### Time Off

| Time Off | Available to Use | Available |
|---|---|---|
| Paid Time | 0.00 | 0.00 |

VM Comsource Corporation | 610 Front St Catasaqua, PA 18032 | (610) 443-3000 | FEIN: 23-3058302 | PA: 39-36594

# VM Comsource Corporation

**Orlando Perez Fernandez**

| | | | |
|---|---|---|---|
| Employee ID | | Fed Taxable Income | 296.45 |
| Location | 200-2 | Fed Filing Status | S |
| Hourly | $7.50 | State Filing Status | S-0 |

| | |
|---|---|
| Check Date | May 29, 2026 |
| Period Beginning | May 11, 2026 |
| Period Ending | May 17, 2026 |

| | |
|---|---|
| Check Number | 204288 |
| Net Pay | 541.14 |
| Check Amount | 541.14 |
| Total Hours Worked | 40.00 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Commissio | | 0.00 | 342.60 | 7,996.08 |
| Premium O | | | | 223.94 |
| Regular | 7.50 | 40.00 | 300.00 | 5,265.00 |
| Gross Earnings | | 40.00 | 642.60 | 13,485.02 |

| Taxes | Amount | YTD |
|---|---|---|
| FITW | 0.00 | 160.99 |
| MED | 4.30 | 114.21 |
| PA | 9.10 | 241.84 |
| PASUI-E | 0.45 | 9.46 |
| SS | 18.38 | 488.39 |
| Taxes | 32.23 | 1,014.89 |

| Deductions | Amount | YTD |
|---|---|---|
| Health Cues Claim | -276.92 | -4,534.58 |
| Health Cues prem | 346.15 | 5,607.64 |
| Deductions | 69.23 | 1,073.06 |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| No Direct Deposits | | |

| Time Off | Available to Use | Available |
|---|---|---|
| Paid Time | 0.00 | 0.00 |