**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RE: Orlando A. Perez-Fernandez, | BK NO. 26-12374-pmm |
| Debtor | |
| Citibank, N.A., as trustee for CMLTI Asset Trust, | Chapter 13 |
| Movant | |
| | Confirmation Hearing Date:  8/27/2026 |
| vs. | |
| Orlando A. Perez-Fernandez, Scott F. Waterman, Trustee    Respondents | |

**OBJECTION OF CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST
TO THE CHAPTER 13 PLAN**

Citibank, N.A., as trustee for CMLTI Asset Trust, a secured creditor holding a Mortgage against the real property commonly known 428 Oakwood Dr, Whitehall, PA 18052 (hereinafter Secured Movant), objects to confirmation of Debtor's Chapter 13 Plan and asserts in support of its Objection as follows:

1.      Debtor's Plan underestimates the prepetition arrearage claim owed to Creditor as $18,167.00. The actual prepetition arrearage amount owed to Movant as per its Proof of Claim (7-1) filed in this case on July 20, 2026, is $27,457.47.

2.      Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Movant's claim.

3.      Movant reserves the right to raise any failure of Debtor to timely make all payments under the Plan or required by the Plan, if at the time of the confirmation hearing that appears to be the case.

4.      Confirmation of the Plan is not feasible and at best premature.

5.      Accordingly, Confirmation of the Plan should be denied.

WHEREFORE, Citibank, N.A., as trustee for CMLTI Asset Trust, prays that the Court deny confirmation of the Debtor's Plan.

Respectfully submitted,

Date: August 7, 2026

/s/Denise_Carlon_____

Denise  Carlon
Pennsylvania BAR NO. 317226
Attorney for Creditor
McCalla Raymer Leibert Pierce, LLP
325 Chestnut Street, Suite 725
Philadelphia, Pennsylvania, 19106
848-325-2981

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RE: **Orlando A. Perez-Fernandez,**
                                  **Debtor**

**CHAPTER 13**
**BK. NO. 26-12374-pmm**

**Citibank, N.A., as trustee for CMLTI Asset
Trust,**
                                  **Movant**
               **vs.**

**Orlando A. Perez-Fernandez,**
**Scott F. Waterman, Trustee,**

**CERTIFICATION OF SERVICE**

         I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on August 7, 2026.

**Chapter 13 Trustee**
Scott F. Waterman
ecfemails@ph13trustee.com
VIA ECF

**Debtor's Attorney**
Michael A. Cibik
mchambers@keaveneylegalgroup.com
VIA ECF

**Debtor**
Orlando A. Perez-Fernandez
428 Oakwood Dr
Whitehall, PA 18052-7218
VIA U.S. MAIL

Dated: August 7, 2026

*Carlon*_____

By: */s/Denise*

Denise  Carlon
Attorney for Movant