UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Orlando A. Perez-Fernandez<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 26-12374-PMM |

TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. SECTION 1307

To the Honorable Judges of the United States Bankruptcy Court for the Eastern District of Pennsylvania:

1. Your Movant is Scott F. Waterman, Esq. the duly qualified and acting Chapter 13 Trustee in the above-captioned case.

2. The within case was commenced by the filing of a Chapter 13 petition on 06/01/2026.

3. This Motion to Dismiss has been filed for the following reason(s):

- As required by 11 U.S.C. Section 341, the Debtor(s) has/have failed to appear at the meeting of creditors on: 08/14/2026

- The Debtor(s) has/have failed to commence or continue making timely payments to the Trustee as required by 11 U.S.C. Section 1326.

- There has been unreasonable delay as defined by 11 U.S.C Section 1307(c)(1) by the above-captioned Debtor(s).

WHEREFORE, Scott F. Waterman, Esq., Standing Chapter 13 Trustee, requests that the Court, after a hearing, enter an Order dismissing this case.

Date: 08/18/2026

Respectfully submitted,

*/s/ Rolando Ramos, Esq.*

Rolando Ramos, Esq.
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trusteee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
Telephone: (610) 779-1313