**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Orlando A. Perez-Fernandez | : | Chapter 13 |
| | : | |
| Debtor(s). | : | Bankruptcy No. 26-12374 |

**PRAECIPE TO WITHDRAW PROOF OF CLAIM #8**
**OF THE TOWNSHIP OF WHITEHALL**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim #8 of the Whitehall Township.

**PORTNOFF LAW ASSOCIATES, LTD.**

By: *_/s/ James R. Wood, Esquire_*

James R. Wood, Esquire
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406
(484) 690-9341

Dated: August 26, 2026

324-0