Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Orlando A. Perez-Fernandez
428 Oakwood Dr
Whitehall, PA 18052-7218

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-12374-PMM**

Petition Filed Date: 06/01/2026
341 Hearing Date: 07/14/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | UNITED STATES TREASURY (IRS)<br>»» 001 | Priority Crediors | $998.00 | $0.00 | $0.00 |
| 2 | CACH, LLC<br>»» 002 | Unsecured Creditors | $1,472.34 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $317.84 | $0.00 | $0.00 |
| 4 | ONEMAIN FINANCIAL GROUP LLC<br>»» 04S | Secured Creditors | $5,945.40 | $0.00 | $0.00 |
| 5 | ONEMAIN FINANCIAL GROUP LLC<br>»» 04U | Unsecured Creditors | $8,370.78 | $0.00 | $0.00 |
| 6 | PA DEPARTMENT OF REVENUE<br>»» 005 | Unsecured Creditors | $134.50 | $0.00 | $0.00 |
| 7 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 006 | Unsecured Creditors | $294.41 | $0.00 | $0.00 |
| 8 | FAY SERVICING LLC<br>»» 007 | Mortgage Arrears | $27,457.47 | $0.00 | $0.00 |
| 9 | WHITEHALL TOWNSHIP<br>»» 008 | Secured Creditors | $5,278.01 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $1,370.22 | $0.00 | $0.00 |
| 11 | UGI UTILITIES INC<br>»» 010 | Unsecured Creditors | $1,602.31 | $0.00 | $0.00 |
| 12 | REVCO SOLUTIONS INC<br>»» 011 | Unsecured Creditors | $659.91 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-12374-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $600.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,200.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $36,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.