United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br>Orlando A. Perez-Fernandez,<br>Debtor. | Case No. 26-12374-PMM<br>Chapter 13 |

**Notice of Continuance of Meeting of Creditors**

Please note that the 341(a) Meeting of Creditors in the above-captioned matter has been continued to September 18, 2026, at 10:45 AM EST.

**Certificate of Service**

I, Michael A. Cibik, certify that on September 11, 2026, I did cause a true and correct copy of this notice of the continuance of the meeting of creditors to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system. I certify under penalty of perjury that the above notice was sent using the mode of service indicated on the attached mailing exhibit.

Date: September 11, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Method of Service: CM/ECF

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

**Citibank, N.A.**
c/o MCCALLA RAYMER LEIBERT PIERCE, LLP
Bankruptcy Department
325 Chestnut Street, Suite 725
Philadelphia, PA 19106

## Method of Service: First Class Mail

**American Profit Recovery**
Attn: Bankruptcy
34505 W 12 Mile Road #333
Farmington Hills, MI 48331

**Caine & Weiner**
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411-2546

**Central Florida Expressway Authority**
Attn: Bankruptcy
P.O. Box 720218
Orlando, FL 32872

**IC Systems, Inc**
Attn: Bankruptcy
PO Box 64378
St. Paul, MN 55164-0378

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**Portnoff Law Associates, Ltd.**
Attn: Bankruptcy
1030 West Walnut Street
Allentown, PA 18102

**PPL Electric Utilities**
Attn: Bankruptcy
645 Hamilton St
Allentown, PA 18101-2109

**Springlf Fin**
Po Box 1010
Evansville, IN 47706

**UGI Utilities Inc.**
Attn: Bankruptcy
1 UGI Dr
Denver, PA
17517-9039