# United States Bankruptcy Court
# Eastern District of Pennsylvania

| In re: Orlando A. Perez-Fernandez, Debtor. | Case No. 26-12374-PMM<br>Chapter 13 |
|---|---|

## Certificate of Service

I, Michael A. Cibik, certify that on September 11, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: September 11, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

### Method of Service: CM/ECF

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

**Citibank, N.A.**
c/o Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

**Township of Whitehall**
c/o Portnoff Law Associates, Ltd.
P.O. Box 3020
Norristown, PA 19404

### Method of Service: First Class Mail

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

### Method of Service: Certified Mail

**OneMain Financial Group, LLC**
Attn: Doug Shulman, CEO
601 N.W. Second Street
Evansville, IN 47708