IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Aaron Harris | : | |
| Debtor | : | Case No. 26-12734-djb |

TO THE CLERK AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Bridge One Management, LLC, a creditor and party in interest in the above- captioned bankruptcy case, by and through undersigned counsel, hereby requests, pursuant to 11 U.S.C. § 342 and Federal Rule of Bankruptcy Procedure 2002, that all notices, pleadings, motions, applications, proposed orders, plans and amended plans, disclosure documents, and other papers required to be served upon creditors or parties in interest in this case be served upon the following:

Jonathan H. Stanwood, Esquire
1617 J.F.K. Blvd, Suite 1560
Philadelphia, Pa 19103
JHS@STANWOODLAW.COM
(215) 569-1040

This Request for Notices shall remain in effect unless and until withdrawn.

Respectfully submitted,

Dated: September 14, 2026

By: /s/ Jonathan H. Stanwood
Jonathan H. Stanwood, Esq.
Stanwood Law, PLLC
1617 J.F.K. Blvd, Suite 1560
Philadelphia, Pa 19103