IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| Aaron Harris | : | |
| Debtor | : | Case No. 26-12374-djb |

CERTIFICATION OF SERVICE

I, Jonathan H. Stanwood hereby certify that on the date below, I did cause a true and correct copy of the documents described below to be served on the parties listed below by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

Entry of Appearance and Request for Notices

***Via the Court's ECF system:***

Zachary Perlick, Esq.
1420 Walnut Street, Suite 718
Philadelphia, Pa 19102

Office of the US Trustee
900 Market Street - Suite 320
Philadelphia, Pa 19107

Kenneth E. West, Esq.
Chapter 13 Trustee
1901 N. Independence Mall West - Suite 701
Philadelphia, Pa 19106

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Respectfully submitted,

Dated: September 14, 2026

/s/ Jonathan H. Stanwood
Jonathan H. Stanwood, Esq.
1617 JFK Boulevard, Suite 1560
Philadelphia, PA 19103
jhs@stanwoodlaw.com
(215) 569-1040