UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 26-12374-pmm |
| Orlando A. Perez-Fernandez | : | |
| Debtor | : | Chapter 13 |

NOTICE OF WITHDRAWAL OF DOCUMENT

TO THE CLERK OF THE ABOVE COURT:

Kindly withdraw Creditor's request for notices filed September 14, 2026, at docket #38.

Respectfully submitted,

Dated: September 14, 2026

By: /s/ Jonathan H. Stanwood

Jonathan H. Stanwood
1617 JFK Blvd., Suite 1560
Philadelphia, Pa 19103
(215) 569-1040