UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Orlando A. Perez-Fernandez<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 26-12374-PMM |

ORDER

Upon consideration of the Objection of Scott F. Waterman, Esq., Standing Chapter 13 Trustee, to Debtor's Plan and after notice and hearing, it is ORDERED that the Plan is denied.

____________________________________
Patricia M. Mayer
U.S. BANKRUPTCY JUDGE