**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br>Orlando A. Perez-Fernandez<br>Debtor(s)<br><br>Fay Servicing, LLC as servicer for Citibank, N.A. as trustee for CMLTI Asset Trust<br>Movant<br>V.<br>Orlando A. Perez-Fernandez<br>Debtor(s)<br>SCOTT F. WATERMAN<br>Trustee<br><br>Respondent(s) | Chapter 13<br><br>Case Number: 26-12374-pmm |

**ORDER**

AND NOW, this __________ day of _______________, 2026, upon the motion of Fay Servicing, LLC as servicer for Citibank, N.A. as trustee for CMLTI Asset Trust, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, Fay Servicing, LLC as servicer for Citibank, N.A. as trustee for CMLTI Asset Trust (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 428 OAKWOOD DRIVE, WHITEHALL, PENNSYLVANIA 18052.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(4) is hereby waived.

BY THE COURT:

___________________________________

Patricia M. Mayer
UNITED STATES BANKRUPTCY JUDGE