**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>**Orlando A. Perez-Fernandez** | **CHAPTER: 13** |
| **Debtor(s)** | **CASE NO. 26-12374-pmm** |

**POST-PETITION PAYMENT HISTORY**
**NOTE AND MORTGAGE DATED SEPTEMBER 3, 2010**

Recorded on September 8, 2010, in Lehigh County, at Instrument No. 2010028964.

Property Address:
428 OAKWOOD DRIVE, WHITEHALL, PENNSYLVANIA 18052.

Mortgage Servicer:
Fay Servicing, LLC

Post-petition mailing address for Debtor(s) to send payment:
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

Mortgagor(s)/Debtor(s):
Orlando Perez / Orlando A. Perez-Fernandez
Payments are contractually due:

Monthly ☒Semi-monthly ☐ Bi-weekly ☐ Other _

Each Monthly Payment is comprised of:

| | | |
|---|---|---|
| Principal and Interest..... | $**591.29** | |
| R.E. Taxes...................... | ________ | |
| Insurance........................ | ________ | |
| Late Charge.................... | ________ | |
| Other.............................. | **$335.83** | (Specify: **Escrow**) |
| **TOTAL**......................... | **$927.12** | |

**POST-PETITION PAYMENTS** (Petition was filed on 06/01/2026)

**SEE HISTORY ATTACHED AS EXHIBIT 1**

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| 07/01/26 | n/a | $927.12 | n/a | n/a | n/a |
| 08/01/26 | n/a | $927.12 | n/a | n/a | n/a |
| 09/01/26 | n/a | $927.12 | n/a | n/a | n/a |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: **Three (3)** as of **September 1, 2026**.

TOTAL AMOUNT OF POST-PETITION ARREARS: **$2,781.36** as of September 1, 2026. (includes suspense balance of $0.0)

Dated: September 18, 2026

Fay Servicing, LLC
Mortgage Company

Kimberly N. Wright, Assistant Vice President - Bankruptcy
(Print Name and Title)

/s/ Kimberly N. Wright
Signature