**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br>Orlando A. Perez-Fernandez<br>Debtor(s)<br><br>Fay Servicing, LLC as servicer for Citibank, N.A. as trustee for CMLTI Asset Trust<br>Movant<br>V.<br>Orlando A. Perez-Fernandez<br>Debtor(s)<br>SCOTT F. WATERMAN<br>Trustee<br><br>Respondent(s) | Chapter 13<br><br>Case Number: 26-12374-pmm |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the within Motion for Relief From Automatic Stay Under 11 USC §362, together with Order, Notice of Motion and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties via first class mail and/or ECF on the date set forth below.

**Orlando A. Perez-Fernandez**
428 Oakwood Dr
Whitehall, PA 18052-7218
*Debtor(s)*

**MICHAEL A. CIBIK**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com
*Attorney for Debtor*

**SCOTT F. WATERMAN [Chapter 13]**
Chapter 13 Trustee
2901 St. Lawrence Ave.

Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
*Chapter13 Trustee*

U.S. Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

Whitehall Township
c/o Portnoff Law Associates LTD
1030 West Walnut Street
Allentown, PA 18102
*Lienholders*

DATE: 9/22/2026

*By: **/s/ Brent Lemon***
Brent Lemon
Brent.Lemon@mccalla.com