# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| In Re:<br>Orlando A. Perez-Fernandez,<br><br>Debtor(s)<br><br>Fay Servicing, LLC as servicer for Citibank, N.A. as trustee for CMLTI Asset Trust,<br>Movant<br>v.<br><br>Orlando A. Perez-Fernandez,<br>Debtor(s)<br>Scott F. Waterman<br>Trustee<br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 26-12374-pmm<br><br>Judge: Patricia M. Mayer |

## ORDER APPROVING STIPULATION

AND NOW, upon consideration of the Stipulation between Debtor and Fay Servicing LLC as servicer for Citibank, N.A. as trustee for CMLTI Asset Trust, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

DATE: November 6, 2026

Patricia M. Mayer
Patricia M. Mayer
U.S. Bankruptcy Judge