United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-12374-pmm
Orlando A. Perez-Fernandez Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 2
Date Rcvd: Nov 06, 2026 Form ID: pdf900 Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Orlando A. Perez-Fernandez, 428 Oakwood Dr, Whitehall, PA 18052-7218 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRENT JAMES LEMON | on behalf of Creditor Fay Servicing LLC as servicer for Citibank N.A. as trustee for CMLTI Asset Trust Brent.Lemon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Whitehall jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| MARK A. CRONIN | on behalf of Creditor Citibank N.A., as trustee for CMLTI Asset Trust philalaw@aol.com, mccallaecf@ecf.courtdrive.com |
| MICHAEL A. CIBIK | on behalf of Debtor Orlando A. Perez-Fernandez help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | |

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In Re:<br>Orlando A. Perez-Fernandez,<br><br>Debtor(s)<br><br>Fay Servicing, LLC as servicer for Citibank, N.A. as trustee for CMLTI Asset Trust,<br>Movant<br>v.<br><br>Orlando A. Perez-Fernandez,<br>Debtor(s)<br>Scott F. Waterman<br>Trustee<br>Respondent(s) | Chapter: 13<br><br>Bankruptcy Case: 26-12374-pmm<br><br>Judge: Patricia M. Mayer |

**ORDER APPROVING STIPULATION**

AND NOW, upon consideration of the Stipulation between Debtor and Fay Servicing LLC as servicer for Citibank, N.A. as trustee for CMLTI Asset Trust, it is hereby STIPULATED and SETTLED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

DATE: **November 6, 2026**

Patricia M. Mayer
U.S. Bankruptcy Judge